IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**COHAN ISMOND,**

    Petitioner,

v.                                                   Civil Action No. **3:20CV538**

**DEPARTMENT OF HOMELAND SECURITY,** *et al.*,

    Respondents.

## MEMORANDUM OPINION

Petitioner, a federal prisoner proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on August 26, 2020, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. The Court warned Petitioner it would dismiss the action if Petitioner did not pay the filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. More than eleven (11) days have elapsed since the entry of the August 26, 2020 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                            /s/
                                                   M. Hannah Lauck
                                                   United States District Judge

Date: September 25, 2020
Richmond, Virginia